## The People of the State of Illinois, Defendant in Error, v. Ed. Carbine, Plaintiff in Error.

### Gen. No. 19,255. (Not to be reported in full.)

## The People of the State of Illinois, Defendant in Error, v. G. H. Swappach, Plaintiff in Error.

### Gen. No. 19,256. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES- N. GOODNOW, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and remanded. Opinion filed February 4, 1914.

### Statement of the Case.

These causes were consolidated for hearing with the case of *People v. Crilly, ante,* p. 160, and involve precisely the same questions. The decision rendered in that case *held* controlling.

---

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

JOHN D. FARRELL, for plaintiffs in error; H. A. WELD, of counsel.

MACLAY HOYNE, for defendant in error; FRANCIS E. HINCKLEY and EDWARD E. WILSON, of counsel.

MR. JUSTICE BAUME delivered the opinion of the court.